Eric G. Wallis (State Bar No. 67926)
E-mail: ewallis@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Christine A. Kendrick (State Bar No. 186002)
David R. Maurer (State Bar No. 216263)
E-mail: christine.kendrick@morganstanley.com
E-mail: david.maurer@morganstanley.com
MORGAN STANLEY & CO. INCORPORATED
LEGAL COMPLIANCE DIVISION
101 California Street, 2nd Floor
San Francisco, CA 94111

Telephone:   +1 415 693 6000
Facsimile:   +1 415 693 6250

Attorneys for Defendant Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE DECRET, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07 2598 EMC<br><br>**DEFENDANT MORGAN STANLEY & CO. INCORPORATED'S CERTIFICATE AS TO INTERESTED PARTIES** |

Pursuant to Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties, and Morgan Stanley (Morgan Stanley & Co. Incorporated's parent company), there is no such interest to report.

DATED: May 16, 2007

REED SMITH LLP

By _____
Eric G. Wallis
Attorneys for Defendant Morgan Stanley & Co. Incorporated

DOCSOAK-9873196.1