Eric G. Wallis (State Bar No. 67926)
E-mail: ewallis@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Christine A. Kendrick (State Bar No. 186002)
David R. Maurer (State Bar No. 216263)
E-mail: christine.kendrick@morganstanley.com
E-mail: david.maurer@morganstanley.com
MORGAN STANLEY & CO. INCORPORATED
LEGAL COMPLIANCE DIVISION
101 California Street, 2nd Floor
San Francisco, CA 94111

Telephone:  +1 415 693 6000
Facsimile:  +1 415 693 6250

Attorneys for Defendant Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHALIE DECRET, an individual,

    Plaintiff,

vs.

MORGAN STANLEY & CO. INCORPORATED, a corporation, and DOES 1 through 20, inclusive,

    Defendants.

Case No. C 07 2598

**DEFENDANT MORGAN STANLEY & CO. INCORPORATED'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Morgan Stanley & Co. Incorporated submits the following disclosure statement:

Morgan Stanley & Co. Incorporated is a wholly owned subsidiary of Morgan Stanley.

DATED: May 16, 2007.

REED SMITH LLP

By _____
Eric G. Wallis
Attorneys for Defendant Morgan Stanley & Co. Incorporated

DOCSOAK-9873195.1