Eric G. Wallis (State Bar No. 67926)
E-mail: ewallis@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Christine A. Kendrick (State Bar No. 186002)
David R. Maurer (State Bar No. 216263)
E-mail: christine.kendrick@morganstanley.com
E-mail: david.maurer@morganstanley.com
MORGAN STANLEY & CO. INCORPORATED
LEGAL COMPLIANCE DIVISION
101 California Street, 2nd Floor
San Francisco, CA 94111

Telephone:  +1 415 693 6000
Facsimile:  +1 415 693 6250

Attorneys for Defendant Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE DECRET, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 07 2598<br><br>**CERTIFICATE OF SERVICE RE NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY)** |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On May 16, 2007, I served the following document(s) by the method indicated below:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY)**

**DEFENDANT MORGAN STANLEY & CO. INCORPORATED'S CERTIFICATE AS TO INTERESTED PARTIES**

**DEFENDANT MORGAN STANLEY & CO. INCORPORATED'S DISCLOSURE STATEMENT**

**DEFENDANT MORGAN STANLEY & CO. INCORPORATED'S NOTICE OF PENDENCY OF OTHER ACTIONS**

**CERTIFICATE OF SERVICE RE NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B) (DIVERSITY)**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Jeffrey A. Feldman  
Law Offices of Jeffrey A. Feldman  
505 Montgomery Street  
7th Floor  
San Francisco, CA 94111  
Telephone: (415) 391-5555  
Facsimile: (415) 391-8888

Attorney for Plaintiff

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 16, 2007, at Oakland, California.

*/s/ Mary Abbott*  
Mary Abbott

– 2 –  
Certificate Of Service Re Notice Of Removal Of Action Under 28 U.S.C. §1441(B) (Diversity)  
Decret v. Morgan Stanley