UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHALIE DECRET,

    Plaintiff(s),

v.

MORGAN STANLEY & CO.

    Defendant(s).

No. C 07-2598 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 2, 2007

Signature    Eric G. Wallis

Counsel for    Defendant Morgan Stanley & Co. Incorporated