Eric G. Wallis (State Bar No. 67926)
E-mail: ewallis@reedsmith.com
Mike C. Buckley (SBN 44919)
Email: mbuckley@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    +1 510 763 2000
Facsimile:    +1 510 273 8832

Christine A. Kendrick (State Bar No. 186002)
David R. Maurer (State Bar No. 216263)
E-mail: christine.kendrick@morganstanley.com
E-mail: david.maurer@morganstanley.com
MORGAN STANLEY & CO. INCORPORATED
LEGAL COMPLIANCE DIVISION
101 California Street, 2nd Floor
San Francisco, CA 94111

Telephone:    +1 415 693 6000
Facsimile:    +1 415 693 6250

Attorneys for Defendant

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE DECRET, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, a corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. C 07-2598 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER COMPELLING ARBITRATION AND STAYING ACTION** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

9874332

1  **WHEREAS,** on April 5, 2007, an action was commenced in the Superior Court of the State of California in and for the City and County of San Francisco, entitled *Nathalie Decret, an individual v. Morgan Stanley & Co. Incorporated, a corporation; and Does 1 through 20, inclusive,* as Case No. CGC-07-462078;

**WHEREAS,** on May 16, 2007, Morgan Stanley removed this case to the United States District Court for the Northern District of California;

**WHEREAS,** a written agreement to arbitrate the claims asserted in this case exists between Plaintiff and Defendant providing for arbitration of disputes between them under the auspices of the National Association of Securities Dealers, Inc. (NASD) and its NASD Dispute Resolution, Inc. subsidiary;

**NOW THEREFORE,** the parties stipulate that an Order may be entered by this Court: (1) directing Plaintiff to submit her claims herein to arbitration before the NASD and its NASD Dispute Resolution, Inc. subsidiary within thirty (30) days, and (2) staying this action pending conclusion of the arbitration or until further order of the Court. This stipulation and order are conditioned on the NASD Dispute Resolution (NASD-DR) accepting Plaintiff's arbitration filling, as long as Plaintiff makes her filing with the NASD-DR within 30 days of notice of this order being served. If the arbitration filing is not accepted by the NASD-DR, Plaintiff may file notice with this court, and the stay of this case shall be lifted.

DATED: June 26, 2007.

REED SMITH LLP

By_____
Eric G. Wallis
Attorneys for Defendant

DATED: June 11, 2007.

Law Offices of Jeffrey Alan Feldman

By_____
Jeffrey A. Feldman
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ~~ORDERED~~. The case management Conference is reset from 8/29/07 to 11/7/07 at 1:30 p.m. A joint cmc statement is due 10/31/07.

Dated: ~~June~~ July 3, 2007.

_____
Judge of the United States District Court

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE