Eric G. Wallis (SBN 67926)
E-mail: ewallis@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Christine A. Kendrick (State Bar No. 186002)
David R. Maurer (State Bar No. 216263)
E-mail: christine.kendrick@morganstanley.com
E-mail: david.maurer@morganstanley.com
MORGAN STANLEY & CO. INCORPORATED
LEGAL COMPLIANCE DIVISION
101 California Street, 2nd Floor
San Francisco, CA 94111

Telephone:   +1 415 693 6000
Facsimile:   +1 415 693 6250

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE DECRET, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C07-2598-EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         November 7, 2007<br>Time:         1:30 pm<br>Courtroom:    C |

1. <u>Jurisdiction and Service</u>: Jurisdiction of this matter is based on diversity of citizenship, 28 U.S.C. Section 1332, in that plaintiff and defendant are citizens of different states and the amount in controversy exceeds $75,000. Service of process has been effected, and neither party contests either subject matter or personal jurisdiction.

2. <u>Facts</u>: On July 3, 2007 the Court signed a Stipulated Award directing NASD (now FINRA) arbitration of Plaintiff's claims. On or about July 14, 2007, 2007 Plaintiff filed her arbitration claim to which Defendant filed an Answer on September 14, 2007. The parties have participated in selection of arbitrators, and a pre-hearing conference to schedule the arbitration hearing dates is set for November 15, 2007. The arbitration hearing should be scheduled to take place during the first half of 2008.

3. <u>Legal Issues</u>: Not applicable.

4. <u>Motions</u>: Not applicable until the arbitration is concluded, at which time a Motion to Confirm may be filed.

5. <u>Amendment of Pleadings</u>: Not applicable.

6. <u>Evidence Preservation</u>: Not applicable.

7. <u>Disclosures</u>: Not applicable.

8. <u>Discovery</u>: Not applicable.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: Not applicable.

11. <u>Relief</u>: Not applicable.

12. <u>Settlement and ADR</u>: See discussion under paragraph 2, *supra*.

13. <u>Consent to Magistrate Judge For All Purposes</u>:  The parties executed and filed in July 2007 said consents.

14. <u>Other References</u>:  Not applicable.

15. <u>Narrowing of Issues</u>:  Not applicable.

16. <u>Expedited Schedule</u>:  Not applicable.

17. <u>Scheduling</u>:  Not applicable.

18. <u>Trial</u>:  Not applicable.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:  Not applicable.

DATED: October 30, 2007.

REED SMITH LLP

By _____
Eric G. Wallis
Attorneys for Defendant
Morgan Stanley & Co. Incorporated

DATED: October 29, 2007.

Law Offices of Jeffrey Alan Feldman

By _____
Jeffrey A. Feldman
Attorneys for Plaintiff

DOCSOAK-9888751.1

Joint Case Management Conference Statement
Decret v. Morgan Stanley - No. C 07-2598 EMC