United States District Court
For the Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   NATHALIE DECRET, etc.,                        Case No. C07-2598 EMC
8                  Plaintiff,
9         v.                                      **CLERK'S NOTICE**
    MORGAN STANLEY & CO., et al.,
10
11                 Defendants.
    _____/
12  TO ALL PARTIES AND COUNSEL OF RECORD:
13        YOU ARE NOTIFIED THAT the Case Management Conference set for November 7, 2007
14  at 1:30 p.m. is reset for **June 11, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in
15  Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  A Joint Status
16  Conference Statement shall be filed by June 4, 2008.
17  Dated:  November 1, 2007                      FOR THE COURT,
                                                  Richard W. Wieking, Clerk
18
19
                                                  by: _____
20                                                     Betty Fong
                                                       Courtroom Deputy
21
22
23
24
25
26
27
28