1  Eric G. Wallis (SBN 67926)
   E-mail: ewallis@reedsmith.com
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA 94604-2084

6  Telephone:    +1 510 763 2000
   Facsimile:    +1 510 273 8832
7

   Christine A. Kendrick (State Bar No. 186002)
8  David R. Maurer (State Bar No. 216263)
   E-mail: christine.kendrick@morganstanley.com
9  E-mail: david.maurer@morganstanley.com
   MORGAN STANLEY & CO. INCORPORATED
10 LEGAL COMPLIANCE DIVISION
   101 California Street, 2nd Floor
11 San Francisco, CA 94111

12 Telephone:    +1 415 693 6000
   Facsimile:    +1 415 693 6250
13

   Attorneys for Defendant
14 Morgan Stanley & Co. Incorporated

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17  NATHALIE DECRET, an individual,         No. C07-2598-EMC

18                Plaintiff,                **STIPULATION AND ORDER
                                            CONTINUING CASE MANAGEMENT
19     vs.                                  CONFERENCE**

20  MORGAN STANLEY & CO.
    INCORPORATED, a corporation, and DOES 1
21  through 20, inclusive,

22                Defendants.

23

24     Whereas, the arbitration hearing in the proceeding ordered by the Court has been postponed,

25  and will likely not be heard until December 2008,

26

27     It is hereby stipulated that an order may be entered continuing the Case Management

28  Conference to January 7, 2009 at 1:30 pm.

DATED: June 10, 2008.

REED SMITH LLP

By /s/ Eric Wallis
Eric G. Wallis
Attorneys for Defendant
Morgan Stanley & Co. Incorporated

DATED: June 4, 2008.

Law Offices of Jeffrey Alan Feldman

By /s/ Jeffrey Feldman
Jeffrey A. Feldman
Attorneys for Plaintiff

It is so ordered.

DATED: June _____, 2008.

_____

United States District Judge

DOCSOAK-9909841.1