Eric G. Wallis (SBN 67926)
E-mail: ewallis@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:  +1 510 763 2000
Facsimile:  +1 510 273 8832

Christine A. Kendrick (State Bar No. 186002)
David R. Maurer (State Bar No. 216263)
E-mail: christine.kendrick@morganstanley.com
E-mail: david.maurer@morganstanley.com
MORGAN STANLEY & CO. INCORPORATED
LEGAL COMPLIANCE DIVISION
101 California Street, 2nd Floor
San Francisco, CA 94111

Telephone:  +1 415 693 6000
Facsimile:  +1 415 693 6250

Attorneys for Defendant
Morgan Stanley & Co. Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE DECRET, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, a corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. C07-2598-EMC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** ; ORDER |

Whereas, the arbitration hearing in the proceeding ordered by the Court has been postponed, and will likely not be heard until December 2008,

It is hereby stipulated that an order may be entered continuing the Case Management Conference to January 7, 2009 at 1:30 pm. Joint CMC Statement due 12/31/08.

– 1 –

DATED: June 10, 2008.

REED SMITH LLP

By /s/ Eric G. Wallis
Eric G. Wallis
Attorneys for Defendant
Morgan Stanley & Co. Incorporated

DATED: June 4, 2008.

Law Offices of Jeffrey Alan Feldman

By /s/ Jeffrey A. Feldman
Jeffrey A. Feldman
Attorneys for Plaintiff

It is so ordered.

DATED: June 12, 2008.



United States _____ Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

DOCSOAK-9909841.1

---

– 2 –

Stipulation Continuing Case Management Conference
Decret v. Morgan Stanley - No. C 07-2598 EMC