| | |
|---|---|
| 1 | Jeffrey A. Feldman (State Bar No. 154440) |
| | E-mail: JAFINSF@aol.com |
| 2 | Law Offices of Jeffrey A. Feldman |
| | 505 Montgomery Street, 7th Floor |
| 3 | San Francisco, CA 94111 |
| 4 | (415) 391-5555 (phone) |
| | (415) 391-8888 (fax) |
| 5 | |
| | Attorney for Plaintiff |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NATHALIE DECRET, an individual, | ) | Case No. C 07-2598 EMC |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER FOR DISMISSAL OF ACTION** |
| v. | ) | |
| MORGAN STANLEY & CO., INCORPORATED, a corporation; and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |

1  WHEREAS, The parties have settled and resolved there dispute;
2  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
3  between Plaintiff Nathalie Decret and Defendant Morgan Stanley &
4  Co., Incorporated, the only parties to the above-captioned action,
5  by and through their counsel of record, that the above-captioned
6  action may be dismissed with prejudice, with each party to bear its
7  own costs and attorneys' fees, and that Court may enter the Order
8  of Dismissal below.

10 SO STIPULATED

11 Dated: November 1Y, 2008                Law Offices of Jeffrey A. Feldman

14                                         By _____
                                              Jeffrey A. Feldman
15                                            Attorney for Plaintiff Nathalie Decret

17 Dated: November 19, 2008                REED SMITH LLP

19                                         By _____
                                              Eric G. Wallis
20                                            Attorney for Defendant
                                              Morgan Stanley & CO., Inc.

22
23 ORDER OF DISMISSAL:

      Pursuant to the above stipulation, IT IS HEREBY ORDERED that
24 the above-captioned case be and is dismissed, with prejudice, with
   each party to bear its own costs and attorneys' fees.

26 DATED: 12/8-8

27                                         _____
                                           JUDGE OF THE DISTRICT COURT
                                           EDWARD M. CHEN
28                                         UNITED STATES MAGISTRATE JUDGE

Case No. C 07-2598 EMC              STIPULATION AND ORDER FOR DISMISSAL
                                    Decret v. Morgan Stanley